# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LANCE DERRICK PRATT,<br><br>*Plaintiff*<br>v.<br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  2:15-CV-00148-JTR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant's Motion for Summary Judgment is granted and Plaintiff's Motion for Summary Judgment is denied. Judgment is entered for Defendant and file is closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  John T. Rodgers  on motions for summary judgment.

Date:  July 11, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Pam Howard
*(By) Deputy Clerk*

Pam Howard